** DOMESTICATED — FOREIGN CORPORATION ** IF A FOREIGN CORPORATION DOMESTICATED CORPORATION HAS BEEN OUSTED FROM OKLAHOMA BY THE SECRETARY OF STATE AND ITS CERTIFICATE OF INCORPORATION REVOKED AND CANCELLED THEREBY UNDER THE PROVISIONS OF 18 O.S. 1.204 [18-1.204](B) (HERETOFORE QUOTED) BY REASON OF ITS FAILURE TO REPORT AND PAY THE FEE REQUIRED IN THE PROVISIONS OF 20 O.S. 111 [20-111](B), SAID CORPORATION WILL NOT THEREAFTER BE REINSTATED IN OKLAHOMA BY PAYING TO THE OKLAHOMA TAX COMMISSION, AS PROVIDED IN 68 O.S. 644.13 [68-644.13](7) THE FRANCHISE TAX, PENALTIES, INTEREST AND $5.00 REINSTATEMENT FEE. (FRANCHISE TAX, REVOCATION OF LICENSE, CORPORATION) CITE: 18 O.S. 1.204 [18-1.204](B), 18 O.S. 1.233 [18-1.233], 68 O.S. 441.1 [68-441.1] (FRED HANSEN)